✎Prob 12C
(Rev. 08/15 - D/SC)

# United States District Court

## for

### District of South Carolina

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Daryl Rutherford                **Case Number:** 7:02CR00248-01

**Name of Sentencing Judicial Officer:** The Honorable G. Ross Anderson, Jr., Senior United States District Judge

**Date of Original Sentence:** February 28, 2003

**Original Offense:** 21 U.S.C § 841(a)(1)(b)(1)(A); Conspiracy to Possess With Intent to Distribute Cocaine Base and Cocaine

**Original Sentence:** Custody sentence of 180 months followed by a 5 year term of supervised release. A special condition was ordered that the defendant pay a $100 special assessment.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** October 26, 2015

**Assistant U.S. Attorney:** E. Jeanne Howard                **Defense Attorney:** Steve W. Sumner

**Previous Court Action/Notification(s):** On November 15, 2017, Mr. Rutherford's case was reassigned to the Honorable Henry M. Herlong, Jr., Senior United States District Judge.

On November 15, 2017, the Court was notified that the defendant was arrested by the Greenville County Sheriff's Office on October 26, 2017, for Possession of a Stolen Gun and Trafficking Marijuana. A recommendation was made to the Court that the new criminal conduct be held in abeyance until a final disposition was made. The charges were later dismissed by prosecutorial discretion and the dismissal date was noted as November 1, 2017.

---

### PETITIONING THE COURT

| X | To issue a warrant |

| | To issue a summons |

✎Prob 12C                                                                                                                                  Page 2
   (Rev. 08/15 - D/SC)

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**                                     **Nature of Noncompliance**

(1)            **New Criminal Conduct:**   Mr. Rutherford was arrested by the Greenville County Sheriff's Office on February 2, 2018, for Attempted Murder, Kidnapping, Domestic Violence of a High and Aggravated Nature and Possession of a Weapon During a Violent Crime.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 7, 2018

David A. Traynham
U.S. Probation Officer

Reviewed and Approved By:

William Bernard Steadman
Supervising U.S. Probation Officer